# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALEJANDRO SAUCEDA

VERSUS

ARC PRO, LLC AND LOUISIANA
CONSTRUCTION AND INDUSTRY
SELF-INSURED FUND

NO. 2025 CW 0520

**AUGUST 18, 2025**

---

In Re: Alejandro Sauceda, applying for supervisory writs, Office of Workers' Compensation, District 6, No. 23-06161.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

HG
TPS

**McClendon, C.J.,** concurs. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT